RECEIVED

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

2010 JAN 19 PM 2:34
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Debra L. Fischer )
_____ )
Plaintiff )
v. ) Civil Action No. 8:09 CV 2492
Capital One Bank (USA) NA ) T26TGW
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Capital One Bank (USA) NA
11 South 12 Street
Richmond, VA 23218-0000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Debra L. Fischer
8047 Stimie Ave. N.
St. Petersburg, Fla 33710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1-19-09                                  Brenda Napier
                                               _____
                                               *Signature of Clerk or Deputy Clerk*