UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA L. FISCHER

                Plaintiff,

Case No. 8:09-cv-2492-T26TGW

-vs-

CAPITAL ONE BANK,(USA), NA;
HAYT, HAYT, AND LANDAU, PL;
ROBERT J. OROVITZ;
ANA HERNANDEZ;
JASON DRAGUTSKY;
DANA M. KALMAN;
ED AIOSA

                Defendants.



FILED

_____

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT
AS TO HAYT, HAYT, AND LANDAU, PL.**

Plaintiff, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby makes application to the Clerk for Entry of Default for the Plaintiff against Hayt, Hayt, and Landau, PL., Defendant, for failure of said Defendant to plead or otherwise defend. Said failure of Defendant to plead or otherwise defend is set forth in the affidavit immediately following this Application.

Dated: January 22, 2010

Respectfully submitted,

*[signature]*

Debra L. Fischer
8047 Stimie Avenue North
St. Petersburg, Florida 33710
727-381-6000

## CERTIFICATION OF CONFERENCE

Plaintiff, Debra L Fischer, certifies that on January 22, 2010 she conferred in good faith regarding this motion as required by Local Rule 3.01(g) with Dana M. Kalman, Attorney for Hayt, Hayt, and Landau, P.L. Ms.. Kalman indicated that she does ~~not~~ opposed the motion.

_____
Debra. L. Fischer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered by U.S. Mail delivery to:
Hayt, Hayt, and Landau, PL.
7765 SW 87 Avenue, Suite 101,
Miami, FL 33173,

Ed Aiosa
10225 Ulmerton Road, Suite 5B
Largo, Fl 33771-3520

this 22nd day of January, 2010.

_____
Debra L. Fischer
8047 Stimie Avenue North
St. Petersburg, Florida 33710
727-381-6000