FILED

2010 JAN 27 AM 11: 01

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

----------------------------------x
DEBRA L. FISCHER,

        Plaintiff,

                      Case No. 8:09CV 2492-T26TGW

v.

CAPITAL ONE BANK, (USA), N.A.,
HAYT, HAYT AND LANDAU, PL,
ROBERT J. OROVITZ, ANA HERNANDEZ,
JASON DRAGUTSKY, DANA M. KALMAN,
ED AIOSA,

        Defendants.
----------------------------------x

## DEFENDANT ED AIOSA'S
## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, ED AIOSA, hereby answers Plaintiff's complaint and states as follows.

### ANSWER

1. Deny.

2. Admit.

3. Admit.

4. Deny.

5. Admit.

6. Deny.

7. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "7" of Plaintiff's complaint.

8. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "8" of Plaintiff's complaint.

9. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "9" of Plaintiff's complaint.

10. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "10" of Plaintiff's complaint.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "11" of Plaintiff's complaint.

12. Admit.

13. Deny.

14. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "14" of Plaintiff's complaint. Defendant, Ed Aiosa, did not send any letters to Plaintiff attempting to collect a debt.

15. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "15" of Plaintiff's complaint.

16. Deny; except admit that a lawsuit was filed against Plaintiff in State Court, Pinellas County, Florida. The style of the State Court case is Capital One Bank (USA) N.A. v. Debra L. Fischer and is assigned case no. 09-006206-SC-SPC. Ed Aiosa appeared on behalf of Capital One Bank (USA) N.A. in State Court for the limited purpose of appearing at a Pre-Trial Conference.

17. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "17" of Plaintiff's complaint. Defendant, Ed Aiosa, did not receive any certified letters from Plaintiff.

18. Deny. Upon information and belief, copies of billing statements for the subject credit card account were provided to Plaintiff as well as filed in the State Court case.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. Defendant repeats and reiterates his responses to the paragraphs incorporated in paragraph "23" as though more fully set forth herein.

24. Admit.

25. Deny.

26. Deny.

## AFFIRMATIVE DEFENSES

1. The Plaintiff Debra L. Fischer's complaint against Defendant Ed Aiosa is found in paragraph "16" of her Complaint and is based on the allegation that Ed Aiosa appeared in State court as an attorney for Defendant Capital One.

The Plaintiff's Complaint fails to state a cause of action under any known theory under Federal or Florida law. Plaintiff does not plead enough facts to state a claim to relief on the face of the Complaint as against Ed Aiosa. The Complaint must include more than a simple recitation of the elements of a cause of action. Although the court must accept well plead facts as true, "the court is not required to accept a plaintiff's legal conclusions".

<u>Sinaltrainal v. Coca-Cola Co.</u>, 578 F.3d 1252 (11th Cir. 2009) (citing <u>Ashcroft v. Iqbal</u>, 556 U.S. __, 129 S.Ct. 1937.

2.  Plaintiff misquotes the Fair Debt Collections Practices Act in paragraph "26(a)" of Plaintiff's complaint.

3.  Plaintiff alleges in paragraph "14" of the Complaint that Defendant's Hayt and Orovitz sent a letter to Plaintiff attempting to collect an alleged debt on November 4, 2008. Plaintiff did not bring this action until December 11, 2009. Any claim based upon the initial communication with Plaintiff to collect an alleged debt as set forth in Plaintiff's Complaint is barred by the one-year statute of limitations imposed by the Federal Fair Debt Collections Practices Act.

4.  If the Plaintiff suffered any damage, said damage was occasioned in whole or in part by the culpable conduct of the Plaintiff.

5.  Plaintiff failed to conduct a reasonable prefiling investigation into the factual and legal basis for the claim against Ed Aiosa.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Debra L. Fischer, 8047 Stimie Avenue North, St. Petersburg, FL 33710 this 26th day of January, 2010.

_____
Edward J. Aiosa
10225 Ulmerton Rd, Suite 5-B
Largo, Florida 33771
(727) 559-7926; FBN: 0804381