UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DEBRA L. FISCHER,

      Plaintiff,

                              CASE NO.: 8:09-cv-02492-RAL-TGW

      v.

CAPITAL ONE BANK (USA), N.A., et al.

      Defendant.

_____/

### DEFENDANT, CAPITAL ONE BANK (USA), N.A.'S
### ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, Capital One Bank (USA), N.A., ("COB"), by and through the undersigned counsel, hereby submits this Answer and Affirmative Defenses to Plaintiff's Complaint and states as follows:

### PRELIMINARY STATEMENT

1.      COB admits that Plaintiff purports to bring an action for damages for COB's alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA"). COB denies any and all liability and damages, and to the extent the allegations contained in ¶ 1 of Plaintiff's Complaint state otherwise, they are denied.

### JURISDICTON AND VENUE

2.      COB leaves all matters of jurisdiction and venue to the Court; therefore, COB denies the allegations contained in ¶ 2 of Plaintiff's Complaint.

3.      COB leaves all matters of jurisdiction and venue to the Court; therefore, COB denies the allegations contained in ¶ 3 of Plaintiff's Complaint.

4.      COB admits that Plaintiff purports to bring an action for damages which exceed $75,000 but denies that Plaintiff is entitled to any damages from COB.

5.      COB denies the allegations contained in ¶ 5 of Plaintiff's Complaint for lack of information and knowledge to form a reasonable belief therein.

6.      COB denies the allegations contained in ¶ 6 of Plaintiff's Complaint.

7.      COB denies the allegations contained in ¶ 7 of Plaintiff's Complaint for lack of information and knowledge to form a reasonable belief therein.

8.      COB denies the allegations contained in ¶ 8 of Plaintiff's Complaint for lack of information and knowledge to form a reasonable belief therein.

9.      COB denies the allegations contained in ¶ 9 of Plaintiff's Complaint for lack of information and knowledge to form a reasonable belief therein.

10.     COB denies the allegations contained in ¶ 10 of Plaintiff's Complaint for lack of information and knowledge to form a reasonable belief therein.

11.     COB denies the allegations contained in ¶ 11 of Plaintiff's Complaint for lack of information and knowledge to form a reasonable belief therein.

12.     COB denies the allegations contained in ¶ 12 of Plaintiff's Complaint for lack of information and knowledge to form a reasonable belief therein.

13.     COB denies the allegations contained in ¶ 13 of Plaintiff's Complaint for lack of information and knowledge to form a reasonable belief therein.

## FACTUAL ALLEGATIONS

14.     COB denies the allegations contained in ¶ 14 of Plaintiff's Complaint unless shown otherwise through discovery.

15.     COB admits that Plaintiff sent a certified letter to Hayt requesting debt validation and other information but denies the remaining allegations contained in ¶ 15 of Plaintiff's Complaint.

16.     COB admits that it filed a lawsuit against Plaintiff in Pinellas County Florida state court to recover monies owed by Plaintiff to COB; COB admits that its collection attorneys were employed by Hayt, Hayt & Landau, P.L.; COB denies the remaining allegations contained in ¶ 16 of Plaintiff's Complaint.

17.     COB denies the allegations contained in ¶ 17 of Plaintiff's Complaint for lack of information and knowledge to form a reasonable belief therein.

18.     COB denies the allegations contained in ¶ 18 of Plaintiff's Complaint.

19.     COB denies the allegations contained in ¶ 19 of Plaintiff's Complaint.

20.     COB denies the allegations contained in ¶ 20 of Plaintiff's Complaint.

21.     COB denies the allegations contained in ¶ 21 of Plaintiff's Complaint.

22.     COB denies the allegations contained in ¶ 22 of Plaintiff's Complaint.

## COUNT 1

### VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

23.     COB reasserts the foregoing as if fully incorporated herein.

24.     COB denies the allegations contained in ¶ 24 of Plaintiff's Complaint.

25.     COB denies the allegations contained in ¶ 25 of Plaintiff's Complaint.

26.     COB denies the allegations, including all subparts, contained in ¶ 26 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES BY COB

1.   Plaintiff has not stated a claim upon which relief may be granted.

2.   COB is not a debt collector as defined by the FDCPA.

3.   The FDCPA does not apply to plaintiff, COB, or the subject debt because the debt at issue was a commercial and not a consumer debt.

4.   One or more of the defendants provided debt validation to Plaintiff.

5.   Plaintiff owes the money to COB.

6.   To the extent that any violations are established, any such violations were not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

7.   COB denies any liability; however, regardless of liability, Plaintiff has suffered no actual damages as a result of COB's purported violations.

8.   One or more claims asserted by Plaintiff are barred by the statute of limitations, laches, estoppel, waiver and/or unclean hands.

9.   Assuming that Plaintiff suffered any damages, she has failed to mitigate her damages or take other reasonable steps to avoid or reduce his damages.

10.   Any harm suffered by Plaintiff was legally and proximately caused by persons or entities other than COB and were beyond the control or supervision of COB or for whom COB was and is not responsible or liable.

11.   Punitive damages are not available under the FDCPA.

12.   This action was brought in bad faith and for the purposes of harassment and to thwart a proper collection action for a debt duly owed to COB by Plaintiff.

4

WHEREFORE, Defendant, Capital One Bank (USA), N.A. requests that the Court dismiss this action with prejudice and grant it any other relief that the Court deems appropriate.

DATED this 16th day of February 2010.

Respectfully Submitted,

/s/ Kenneth C. Grace, Esq. - 0658464
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Elizabeth Fite Blanco, Esq.
Florida Bar No.: 0644439
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida 33634
Telephone No.: (813) 890-2465
Facsimile No.: (813) 889-9757
kgrace@sessions-law.biz
eblanco@sessions-law.biz
dvanhoose@sessions-law.biz
Counsel for Capital One Bank (USA), N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2010, a true and correct copy of the foregoing Answer and Affirmative Defenses was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff, pro se, as described below.  Parties may access this filing through the Court's system.

Debra L. Fischer
8047 Stimie Avenue North
St. Petersburg, FL 33710

and

Robert J. Orovitz, Esq.
Hayt, Hayt & Landau
7765 S.W. 87 Ave., Suite 101
Miami, FL 33173

/s/ Kenneth C. Grace – 0658464
Kenneth C. Grace, Esq.