UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA L. FISCHER,

        Plaintiff,

v.                                                                                          CASE NO: 8:09-cv-2492-T-26TGW

CAPITAL ONE BANK, (USA), NA, *et al.*,

        Defendants.
_____/

## O R D E R

The Court has before it Defendants Hayt, Hayt and Landau, PL, Robjer J. Orovitz, Jason Dragutsky, Dana Kalman, and Ed Aiosa's Omnibus Motion for Summary Judgment With Supporting Memorandum of Law (Dkt. 57.) Plaintiff is directed to file a response to the Motion on or before December 7, 2010.

Because Plaintiff is proceeding *pro se* in this action, she is advised out of an abundance of caution[1] that the granting of the motion would result in the dismissal of this case. In preparing an opposition, Plaintiff should review the provisions of Rule 56, Federal Rules Civil Procedure. When a motion for summary judgment is supported by affidavits and/or other documents, the party opposing the motion may not depend upon

---

[1] See Griffith v. Wainwright, 772 F.2d 822 (11th Cir. 1985), and Milburn v. United States, 734 F.2d 762 (11th Cir. 1984), expressing concern about pro se litigants in summary judgment cases.

the mere allegations in the pleadings.  The party opposing the motion must respond with sworn affidavits and/or documents that specifically show a genuine issue of material fact is disputed.  If the opposing party fails to oppose the motion or the opposition fails to comply with the requirements of Rule 56, Federal Rules Civil Procedure, the court may declare the facts in the affidavits and/or documents supporting the motion as true and find that no genuine issues of material facts are disputed.  In that event, the court may find that the party who filed the motion is entitled to have the motion granted and final judgment entered in its favor.

**DONE AND ORDERED** at Tampa, Florida, on November 23, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
*Pro se* Plaintiff
Counsel of Record